# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

JUL 03 2012

U.S. MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

V.  CRIMINAL COMPLAINT

**JOSHUA MICHAEL BECKSTEAD**   CASE NUMBER: 12 M 123-S

I, David Donati, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT ONE

On or about June 15, 2012, in the District of Wyoming the Defendant, **JOSHUA MICHAEL BECKSTEAD**, by intimidation, did take from the person or presence of another money, approximately $2,836.00, belonging to and in the care, custody, control, management and possession of the ANB Bank in Cheyenne, Wyoming, a bank whose deposits were insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

### (See Attached Pages for Counts Two and Three and Affidavit)

I further state that I am Special Agent with the Federal Bureau of Investigation and at all times mentioned herein was acting in that official capacity.

Continued on the attached sheets and made a part hereof:   x Yes     No

_____
Signature of Complainant
**DAVID DONATI**

Sworn to before me and subscribed in my presence,

**July 3, 2012**  at  **Lander, Wyoming**
Date                   City and State

**HON. TERESA M. MCKEE**
**United States Magistrate Judge**         _Teresa M McKee_

Name & Title of Judicial Officer           Signature of Judicial Officer

## CONTINUATION OF CRIMINAL COMPLAINT
## UNITED STATES v. JOSHUA MICHAEL BECKSTEAD

### COUNT TWO

On or about June 19, 2012, in the District of Wyoming the Defendant, **JOSHUA MICHAEL BECKSTEAD**, by intimidation, did take from the person or presence of another money, approximately $3,350.00, belonging to and in the care, custody, control, management and possession of the First Bank of Wyoming in Cody, Wyoming, a bank whose deposits were insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

### COUNT THREE

On or about June 19, 2012, in the District of Wyoming the Defendant, **JOSHUA MICHAEL BECKSTEAD**, by intimidation, did attempt to take from the person or presence of another money, approximately belonging to and in the care, custody, control, management and possession of Sunlight Federal Credit Union in Cody, Wyoming, a credit union whose deposits were insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).