# UNITED STATES DISTRICT COURT

_____ DISTRICT OF WYOMING

UNITED STATES OF AMERICA

v.

JOSHUA MICHAEL BECKSTEAD

**WARRANT FOR ARREST**

CASE NUMBER: 12-M 123-S

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT
JUL 0 3 2012
U.S. MAGISTRATE JUDGE

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOSHUA MICHAEL BECKSTEAD** and bring him forthwith to the nearest magistrate to answer a **COMPLAINT** charging him with *Bank Robbery*, in violation of 18 U.S.C. § 2113(a).

HON. TERESA M. MCKEE
Name of Issuing Officer

*Teresa M McKee*
Signature of Issuing Officer

U.S. Magistrate Court Judge
Title of Issuing Officer

July 3, 2012, Lander, Wyoming
Date and Location

_____
By Deputy Clerk

Bail fixed at $ **DETAIN**          by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |