STUART S. HEALY, III
Assistant United States Attorney
District of Wyoming
P. O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2124

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT
JUL 0 3 2012
U.S. MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 12 M 123-S |
| Plaintiff, ) | |
| ) | |
| v. ) | MOTION FOR DETENTION HEARING |
| ) | |
| JOSHUA MICHAEL BECKSTEAD, ) | |
| ) | |
| Defendant. ) | |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.  <u>Eligibility of Case.</u> This case is eligible for a detention order because the case involves the following:

    ✓   Crime of violence (18 U.S.C. § 3156)

    __  Maximum sentence life imprisonment or death

    __  10+ year drug offense

    ✓   Serious risk Defendant will flee

    __  Felony, with two prior convictions in above categories

    __  Serious risk obstruction of justice

2. <u>Reason for Detention.</u> The court should detain the Defendant because there are no conditions of release which will reasonably assure:

    ✓    Defendant's appearance as required

    ✓    Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will invoke the rebuttable presumption against the Defendant under § 3142(e). The presumption applies because:

    __    Probable cause to believe Defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    __    Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing.</u> The United States requests the Court conduct the detention hearing:

    __    At first appearance

    ✓    After a continuance of three days

DATED this 3rd day of July, 2012.

Respectfully submitted,

CHRISTOPHER A. CROFTS
United States Attorney

By: _____
STUART S. HEALY, III
Assistant United States Attorney