UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

United States of America

-vs-                                                                    Criminal Case: 1:12-mj-114

Joshua Beckstead

CLERK'S MINUTES OF HEARING

| | |
|---|---|
| Hon. Charles S. Miller, Jr. | Date: July 5, 2012 |
| Bismarck, North Dakota | Time: 4:00 PM |
| DR 120705-000 Beckstead | Clerk: Candace M. Schafer, CLA |
| Proceedings: IA - Rule 5(c)(3) | USPO: Stacey Levingston |

APPEARANCES:    Gary Delorme        Christina Sambor - CJA

Dft advised of rights
Dft states he understands rights as explained to him
Dft requests court appointed counsel
Dft questioned by Court as to financial eligibility
Court appoints Christina Sambor - CJA
Dft has received copy of Indictment issued in the District of Wyoming
Dft advised of additional rights and procedures
Dft requests identity hearing and identity hearing in this district
Identity, Detention & Preliminary hearings set: Tuesday, July 10, 2012 - 3:00 PM
Court accepts waivers as knowingly and voluntarily made with advice of counsel
Dft placed into custody of AG for transport to the District of Georgia
Recess 4:10 PM