Local AO 94  (Rev. 11/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   1:12-mj-114 |
| Joshua Michael Beckstead | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No.   12M123-S |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the  District of Wyoming

The defendant may need an interpreter for this language:  _____

The defendant:
☐ will retain an attorney
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

The defendant's custody status:
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☑ Other:

> Government moved for detention.  Defendant filed a waiver of his right to a detention hearing, preliminary hearing, and identity hearing in this District.  The court accepts defendant's waiver.  Defendant detained pending detention hearing and preliminary hearing in the District of Offense.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.

Date:   07/10/2012

*/s/ Charles S. Miller, Jr.*
*Judge's signature*

Charles S. Miller, Jr., Magistrate Judge
*Printed name and title*

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER  RECEIVED | PLACE OF COMMITMENT | DATE  DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |